IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LSF7 NPL V TRUST and<br>LSF7 BERMUDA NPL V TRUST,<br>    Plaintiffs<br><br>VS.<br><br>FLAGSTAR BANK, FSB<br>    Defendant | §<br>§<br>§<br>§<br>§   Civil Action No. 3:12-cv-1602<br>§<br>§<br>§<br>§ |

### DEFENDANT FLAGSTAR BANK, FSB'S FIRST AMENDED
### CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, Flagstar Bank, F.S.B. ("**Flagstar**" or "**Defendant**") files this First Amended Certificate of Interested Parties. Flagstar reserves the right to supplement this certification as necessary. The undersigned counsel certifies that the following persons, corporations, and firms have or may have a financial interest in the outcome of this case:

1. Defendant **Flagstar Bank, F.S.B.**, which is a wholly owned subsidiary of Flagstar Bancorp., Inc.
2. **Hirsch & Westheimer, P.C.**, counsel for Defendant Flagstar Bank, F.S.B.
3. Plaintiff **LSF7 NPL V Trust** is a Delaware Statutory Trust.
4. Plaintiff **LSF7 Bermuda NPL V Trust** is a Delaware Statutory Trust.
5. The Trustee of Plaintiffs is **U.S. Bank Trust National Association**.
6. **U.S. Bancorp** is the parent of U.S. Bank Trust National Association, owns more than 10% of the stock of U.S. Bank Trust National Association and is publically traded.
7. **Vericrest Financial Inc.** as servicer and attorney-in-fact for Plaintiffs is a successor in interest to the CIT Group/Consumer Finance, Inc. and is a wholly owned subsidiary of LSF6 Service Operations, LLC. No publically held corporation owns 10% or more of Vericrest Financial Inc.'s stock.
8. **LSF6 Service Operations, LLC** is not a publically traded corporation and there are no publically traded corporations that own ten percent or more of the stock of LSF6 Service Operations, LLC.
9. **Lubel Voyles, LLP**, counsel for Plaintiffs.

Respectfully submitted,

By: /s/ Michael F. Hord Jr.
    Michael F. Hord Jr.
    State Bar No. 00784294
    Federal I.D. No. 16035
    HIRSCH & WESTHEIMER, P.C.
    700 Louisiana, Suite 2550
    Houston, Texas 77002-2772
    Tel: 713-220-9182 / Fax: 713-223-9319
    Email:  mhord@hirschwest.com

**COUNSEL FOR DEFENDANT**
**FLAGSTAR BANK, FSB**

-And-

By: /s/ Olyn Poole
    Olyn Poole
    State Bar No.: 24037292
    THE POOLE LAW FIRM
    101 Summit Avenue, Suite 406
    Fort Worth, Texas 76102
    Tel: 817-348-9060 / Fax: 817-348-9070
    Email:  olyn@poole-law.com

**LOCAL COUNSEL FOR DEFENDANT**
**FLAGSTAR BANK, FSB**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of June, 2012, a true and correct copy of the foregoing and/or attached was served on each attorney of record or party in accordance with **Federal Rule of Civil Procedure 5(b)** and/or by **E-File Delivery** as follows:

Adam Q. Voyles
Lubel Voyles, LLP
5020 Montrose, Suite 800
Houston, Texas 77006
**Via ECF**

/s/ Michael F. Hord, Jr.
Michael F. Hord, Jr.

20070802.20120320/1360085.1